## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Morton Denlow | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 575-1 | **DATE** | 7/19/2008 |
| **CASE TITLE** | USA vs. Joseph Robinson | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 7/18/08. Defendant informed of rights. Enter order appointing Dan McLaughlin to represent defendant. Defendant to remain in custody pending preliminary examination and detention hearing set for 7/22/08 at 2:00 p.m.

0:15

Courtroom Deputy Initials: DK