IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | No. 08 CR 575 |
| v. | ) | Hon. Morton Denlow |
| | ) | |
| | ) | |
| JAMES ROBINSON | ) | |

### NOTICE OF MOTION

TO:   Mr. Yusef Dale
   Assistant United States Attorney,
   219 S. Dearborn Street
   Chicago, IL 60604

Please take notice that on the 14th day of August, 2008, at 2:00 p.m., we shall appear before the Honorable Morton Denlow at the Dirksen Federal Building, 219 S. Dearborn Street, courtroom 1350, and shall present the attached motion:

–   DEFENDANT JOSEPH ROBINSON'S MOTION FOR RECONSIDERATION OF BOND

> Respectfully submitted,
>
> FEDERAL DEFENDER PROGRAM
> Terence F. MacCarthy
> Executive Director
>
> By:  s/Daniel P. McLaughlin
>       Daniel P. McLaughlin

DANIEL P. MCLAUGHLIN
FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, IL 60603
(312) 621-8350