

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**
JN
AUG 1 3 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | ) | JUDGE MORAN |
| --- | --- | --- |
|  | ) | No. 08 CR 575 |
| v. | ) |  |
|  | ) | Violation: Title 18, United States Code |
| JOSEPH ROBINSON | ) | Section 2113(a) |
|  | ) |  |

**MAGISTRATE JUDGE DENLOW**

### COUNT ONE

The SPECIAL MARCH 2007 GRAND JURY charges:

On or about April 3, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH ROBINSON,

defendant herein, by intimidation, did take from the person and presence of a bank employee approximately $3,190 in United States currency belonging to and in the care, custody, control, management, and possession of the First Commercial Bank located at 2935 West Peterson in Chicago, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT TWO

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about May 6, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH ROBINSON,

defendant herein, by intimidation, did take from the person and presence of a bank employee approximately $2,814.50 in United States currency belonging to and in the care, custody, control, management, and possession of the National City Bank located at 2800 West Armitage Avenue in Chicago, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT THREE

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about May 16, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH ROBINSON,

defendant herein, by intimidation, did take from the person and presence of a bank employee approximately $10,380 in United States currency belonging to and in the care, custody, control, management, and possession of the Banco Popular located at 2525 North Kedzie Avenue in Chicago, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## COUNT FOUR

The SPECIAL MARCH 2007 GRAND JURY further charges:

On or about July 3, 2008, at Chicago, in the Northern District of Illinois, Eastern Division,

JOSEPH ROBINSON,

defendant herein, by intimidation, did take from the person and presence of bank employees approximately $2,768 in United States currency belonging to and in the care, custody, control, management, and possession of the North Community Bank located at 5241 North Western Avenue in Chicago, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY