

*FELONY or CATTF*

08cr575
JUDGE MORAN
MAGISTRATE JUDGE DENLOW

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

**FILED JN AUG 13 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT**

## DESIGNATION SHEET FOR CRIMINAL PROCEEDINGS

1) Is this an indictment or information arising out of offenses charged in one or more previously-filed magistrate's complaints?  NO ☐   YES X   If the answer is "Yes", list the case number and title of the earliest filed complaint:
08 CR 575, U S v. JOSEPH ROBINSON, 08CR575

2) Is this an indictment or information that supersedes one or more previously-filed indictments or informations?
NO X   YES ☐   If the answer is "Yes", list the case number and title of the earliest filed superseded indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

3) Is this a re-filing of a previously dismissed indictment or information?   NO X   YES ☐
If the answer is "Yes", list the case number and title of the previously dismissed indictment or information and the name of the assigned judge (Local Rule 40.3(b)(2)):

4) Is this a case arising out of the failure of the defendant to appear in a criminal proceeding in this Court?
NO X   YES ☐   If the answer is "Yes", list the case number and title of the criminal proceeding in which the defendant failed to appear (Local Criminal Rule 50.2(3)):

5) Is this a transfer of probation supervision from another district to this District?   NO X   YES ☐

6) What level of offense is this indictment or information?   FELONY X   MISDEMEANOR ☐

7) **Does this indictment or information involve eight or more defendants?**   NO X   YES ☐

8) Does this indictment or information include a conspiracy count?   NO X   YES ☐

9) Indicate which of the following types of offenses describes the count, other than any conspiracy count, with the most severe penalty:

| | | |
|---|---|---|
| ☐ Homicide ...... (II) | ☐ Assault ........ (III) | ☐ Income Tax Fraud .. (II) |
| ☐ Criminal Antitrust (II) | ☐ Burglary ....... (IV) | ☐ Postal Fraud ....... (II) |
| X Bank robbery .... (II) | ☐ Larceny and Theft (IV) | ☐ Other Fraud ....... (III) |
| ☐ Post Office Robbery (II) | ☐ Postal Embezzlement (IV) | ☐ Auto Theft ........ (IV) |
| ☐ Other Robbery .. (II) | ☐ Other Embezzlement (III) | ☐ Transporting Forged Securi- |

(Revised 12/99)

| | |
|---|---|
| ties              (III) | ☐   DAPCA Controlled |
| ☐ Forgery ........ (III) | Substances     (III) |
| ☐ Counterfeiting ..... (III) | ☐ Miscellaneous General Offenses    (IV) |
| ☐ Sex Offenses ...... (II) | ☐ Immigration Laws ... (IV) |
| ☐ DAPCA Marijuana . (III) | ☐ Liquor, Internal Revenue Laws    (IV) |
| ☐ DAPCA Narcotics .. (III) | ☐ Food & Drug Laws ... (IV) |
| | ☐ Motor Carrier Act .... (IV) |
| | ☐ Selective Service Act   (IV) |
| | ☐ Obscene Mail ...... (III) |
| | ☐ Other Federal Statutes   (III) |
| | ☐ Transfer of Probation Jurisdiction     (V) |

10) List the statute of each of the offenses charged in the indictment or information.

18 USC 2113(a)

_____
Special Assistant United States Attorney

(Revised 12/99)