Minute Order Form (06/97)

**JUDGE MORAN**

08 GJ 636

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | **MAGISTRATE JUDGE DENLOW** | Sitting Judge if Other than Assigned Judge | Magistrate Judge Mason |
|---|---|---|---|
| CASE NUMBER | 08 CR 0575 | DATE | August 13, 2008 |
| CASE TITLE | US v. JOSEPH ROBINSON | | |

MOTION: [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

### GRAND JURY PROCEEDING

The Grand Jury for the **SPECIAL MARCH 2007** Session, a quorum being present, returns the above-entitled indictment in open Court this date before Judge or Magistrate Judge _Michael T. Mason_

DOCKET ENTRY:

**NO BOND SET, DETAINTED BY MAGISTRATE.**

RECEIVED
AUG 13 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
OR MAGISTRATE JUDGE                UNDER SEAL)

| | | |
|---|---|---|
| No notices required, advised in open court. | | Number of notices |
| No notices required. | | Date docketed |
| Notices mailed by judge's staff. | | Docketing dpty. initials |
| Notified counsel by telephone. | | Date mailed notice |
| Docketing to mail notices. | | |
| Mail AO 450 form. | | |
| Copy to judge/magistrate judge. | | Mailing dpty. initials |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office | |